■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUACQUIS K. SIMMONS, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered March 4, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Green and Pine, JJ.